THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Darrell Robinson, Appellant.
 
 
 

Appeal from Richland County
 James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-071
Submitted January 2, 2007  Filed February 12, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM: Darrell Robinson appeals his conviction for possession of a stolen vehicle and resulting ten year sentence.  Robinson maintains the trial judge erred in denying his mistrial motion.  Robinson did not file a pro se response brief.  Pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), after a thorough review of the record and counsels brief, we dismiss Robinsons appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and KITTREDGE and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.